IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA MOORE,<br>on behalf of plaintiff and a class,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GENPACT SERVICES LLC,<br><br>   *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 15-cv-1749<br>) Honorable Amy J. St. Eve<br>)<br>)<br>)<br>) |

**DEFENDANT'S AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Genpact Services LLC ("Genpact" or "Defendant"), by its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 6(b), moves to extend the time to answer or otherwise plead to Plaintiff's Complaint by 30 days, until and including April 27, 2015. In support of this motion, Defendant states as follows:

1. On February 26, 2015, Plaintiff filed a class action Complaint against Genpact alleging violations of the Fair Debt Collection Practices Act (FDCPA). (Dkt. 1.)

2. Genpact was served with the Complaint on March 6, 2015. Its responsive pleading currently is due on March 27, 2015. (Dkt. 13.)

3. Genpact recently retained Reed Smith LLP as its counsel to defend this case. Counsel requests 30 additional days, until and including April 27, 2015, to investigate the claims alleged in the Complaint and formulate its responsive pleading. This is Genpact's first request for an extension of time and it will not prejudice any of the parties.

4.  Genpact further requests that the initial status hearing currently scheduled for April 13, 2015 and the April 8, 2015 deadline for the parties to submit their joint status report be deferred by at least 30 days.

5.  Counsel for Plaintiff, Cassandra Miller, has indicated Plaintiff's agreement to the relief requested in this motion.

**WHEREFORE**, by agreement of the parties, Genpact respectfully requests that the Court:

(i)  Grant a 30-day extension of time, until and including April 27, 2015, for Genpact to file its responsive pleading to Plaintiff's Complaint;

(ii) Defer the joint status report deadline and initial status hearing by at least 30 days; and

(iii) Grant such other and further relief as the Court deems just or necessary.

Date: March 26, 2015.

Respectfully submitted,

**GENPACT SERVICES LLC**
*Defendant*

By: ___s/ Henry Pietrkowski___
  One of Its Attorneys

Henry Pietrkowski
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Ph. (312) 207-1000
Fax (312) 207-6400
hpietrkowski@reedsmith.com

- 4 -

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 26, 2015, he caused the foregoing **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead** to be electronically served on the counsel of record below via the court's ECF filing system:

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Cassandra P. Miller
    Edelman Combs, Latturner & Goodwin, LLC
    120 S. LaSalle Street, 18th Floor
    Chicago, IL 60603

                                                /s Henry Pietrkowski